FILED

OCT 22 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

E-Filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Gilberto Casarez Juarez,
            Plaintiff,

vs.

Prison derector
et al
            Defendant.

CASE NO. C 07 4318 RMW (PR)

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, Gilberto Juarez, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ✓ No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: __0__                    Net: __0__

Employer: Calif. department of Corrections
PO B 705 Soledad, CA 93960

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____
5  _____
6  _____
7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9        a.    Business, Profession or                          Yes ___  No ✓
10             self employment
11       b.    Income from stocks, bonds,                       Yes ___  No ✓
12             or royalties?
13       c.    Rent payments?                                   Yes ___  No ✓
14       d.    Pensions, annuities, or                          Yes ___  No ✓
15             life insurance payments?
16       e.    Federal or State welfare payments,               Yes ___  No ✓
17             Social Security or other govern-
18             ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.    Are you married?                                      Yes ___  No ✓
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____  Net $_____
28  4.    a.    List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 2 -

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

NO

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

8-27-07                    /s/ Gilberto Casares Juarez
DATE                        SIGNATURE OF APPLICANT

Case Number: C07-4318

## CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of **GiLberTo JuAReZ** for the last six months
[prisoner name]
**CTF, Prison** where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __0__ and the average balance in the prisoner's account each month for the most recent 6-month period was $ __0__.

Dated: 08-28-07

_____MCreamer-Todd_____
[Authorized officer of the institution]

MC-275

**Name** Gilberto Juarez
**Address** RB340-POB705
C.T.F. Prison
Soledad, CA 93960
**CDC or ID Number** J83144

FILED
AUG 22 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

C 07 4317 RMW

U.S. Courthouse
Northern District of Cal.
(Court)

**Petitioner** Gilberto Casares Juarez
vs.
**Respondent** ✗ 5 Atty. Gen.(5)
3 Santa Clara Cty.
D.A. (5)
✗ Director of Prisons.

PETITION FOR WRIT OF HABEAS CORPUS
**No.** Judicial Verdict Review
(To be supplied by the Clerk of the Court)

28 C.F.R. §16.9
5 U.S.C. 552
-(a)(4)(B)

This Habeus copy for A.G. which mailto A.G. to U.S.C. No

**INSTRUCTIONS — READ CAREFULLY**

- If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.
- If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.
- Read the entire form before answering any questions.
- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.
- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."
- If you are filing this petition in the Superior Court, you need file only the original unless local rules require additional copies. Many courts require more copies.
- If you are filing this petition in the Court of Appeal, file the original and four copies.
- If you are filing this petition in the California Supreme Court, file the original and thirteen copies.
- Notify the Clerk of the Court in writing if you change your address after filing your petition. JUAREZ
- In most cases, the law requires service of a copy of the petition on the district attorney, city attorney, or city prosecutor. See Penal Code section 1475 and Government Code section 72193. You may serve the copy by mail.

Approved by the Judicial Council of California for use under Rules 56.5 and 201(h)(1) of the California Rules of Court [as amended effective January 1, 1999]. Subsequent amendments to Rule 44(b) may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

**PETITION FOR WRIT OF HABEAS CORPUS**

Form Approved by the
Judicial Council of California
MC-275 [Rev. January 1, 1999]

Santa Clara County
Chief Public defender

9-6-07

Trial Court # 72863-3 Strike Trial
11-5-1995,

has deny 5 discovery Petitions: San mateo County d.A. Fox said; discovery Need is P.O. Job.

this will include # 72863-11 o 5. 95 count certify copys of the Attach discovery Need of items (1) — (4).

Also Send A copy To U.S. Court house on First Street. C07-4318 Rmw

thanks much
Gilberto Juarez

c.c. U.S. Court house
    Santa Clara Cty. d.A.

C07-4318

VALLEY ADULT SCHOOL
CHANGE TIME TO KNOWLEDGE

Chief Public Defender  9-5-07
# People v. Juarez # 72863
11-5-1995 w/ 3 Strike trial

Discovery Need: w/ court
certify copys of the following items.
that were used to plead & prove
3. strikes.
(1) All C.S.i, Police Forensic Reports.
(2) All C.S.i, Police Weapons Expert
Forensic Reports: i.e. w/ Firearm
 -use, w/ Flagpole Weapon, w/ Broken
glass; in Count 1-2-3.
(3) All C.S.i, medical Forensic Reports:
on G.B.i. w/ Broken Bones; w/ two
Attempted mayhems one w/ Firearm
-use; two- charges one w/ mayhem
in count 1-2-3. — 3 Strike trial

(over)

Santa Clara Cty d.A.        9-6-07.
3 Santa Clara Cty trial d.A.(s)
Prosecuted # 72863-11 o 5.1995
w/ False Evid.(s) w/ False
False Alegation(s).

3 d.A.(s) Supply S Atty.
Gen.(s): w/ corrupt court
documents: in where S
A.G.(s) Presented the State
Courts w/ Fraudulant Res-
-pondant Brief (see Star pg 1-2)

Please inform U.S. Court-
At First Street C07-4318/
-house where you 3 d.A.(s) got
False Evid.(s) from.
Gilberto                    (OVER)

Capt tucker's 9-6-07
trust of Fire

this will Be my 3rd
Request-letter to you.
you Fail To give
cramer cc1 A 6 month
    5-28-07
money Certificate, By
C.T.F. Manual Ch.R.t.
10000, SUB Ch.R.t. 14000
Sect. 14010.21.2
q. Juarez J83144-RB340

Please inform the Fed.
Court on your Procedure,

*For Capt Tucker*

# INMATE/PAROLEE APPEAL FORM
CDC 602 (12/87)

Location: Institution/Parole Region  Log No.  Category
1. _____  1. _____
2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

NAME: G. Juarez    NUMBER: V83144    ASSIGNMENT: Yard crew    UNIT/ROOM NUMBER: RB340

**A. Describe Problem:** Captian Tucker's trust office forgot 5-28-07 to give M. Creamer-Todd. 6 month money certificate for Federal court. For Juarez #C07-4318

If you need more space, attach one additional sheet.

**B. Action Requested:** Need 6 month money certificate for the court. To mail to Federal court

Inmate/Parolee Signature: *Gilberto Juarez*    Date Submitted: 9-6-07

**C. INFORMAL LEVEL** (Date Received: _____)

Staff Response: _____

Staff Signature: _____    Date Returned to Inmate: _____

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Signature: _____    Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

title 15 3380, 3084.1(a), 3391(a)-(d)
CC Warden

Star Page I                    (1968)
1. 3 Strikes Adduce By S.A.G.(s): Prior Felony
2. Felonys Super. Ct. # 72863
3.           Santa Colara Cty.                = Rape
4. (1) Assault w/ intent To commit mayhem =
5. (2) Assault w/ deadly Weapon
6. (3) Attempted mayhem        S.A.G. R.B. 23-27
7.     S.A.G.(s) explicity said: which earned him
8. ~~murder~~ his 3 Strikes Prior Conviction(s)
9. A.C.T. 21-23
                                                    = Rape
10.    Jury's Finding: (1) Assault w/ intent to commit =
11. (2) Attempted mayhem; (3) Personal use of
12. deadly Weapon; w/ G.B.i. in Ct. 1-2-3...
13.        S.F. (96) d.A. 0288 — 12030. (96)
14.    S.A.G.(s) Also Adduce: (1) massive G.B.i.; (2) Trying
15. to gouge An eye; (3) Beating the victim half
16. to death...

                           (she)
17.
18. ~~Juan's~~ Appeal Atty in Reply Brief
19. Adduce massive G.B.i. w/ Broken Bones She
20. had no (78) Trial transcripts; To See S.C. 3 d.A.(s)
21. improper Conduct w/ False Evid.(s) - Allegation(s)
22. w/ False new Charges w/ No court Arraignment...
23.       /
24.    4th district court of Appeal: The Honorable
25. P.J. Work said: (78) Felonys Prosecution was
26. Based on Same injury, Same Weapon, in Ct.
27. 1-2-3. Results: Sentence Vacated. mar.(82)
                                                  (circa)