Name *Gilberto Juarez*

Address *EW 337*

*P.O.B. 689 - C.T.F.C.*

*Soledad, Ca-93960*

CDC or ID Number *J 83144*

**Filed**   MC–275

FEB 1 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

*U.S. Courthouse*
*northern district of Cal.*
(Court)

*Gilberto Juarez*

~~Gilberto Juarez~~

Petitioner

vs.

*Prison Ceo. et Al.*

Respondent

*motion To Augment*

~~PETITION FOR WRIT OF HABEAS CORPUS~~

No. _____
(To be supplied by the Clerk of the Court)

*# C07 — 4318*

## INSTRUCTIONS—READ CAREFULLY

- If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.

- If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.

- Read the entire form *before* answering any questions.

- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.

- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."   *S/ Gilberto Juarez*

- If you are filing this petition in the Superior Court, you need file only the original unless local rules require additional copies. Many courts require more copies.   *2 — 16 — 2008*

- If you are filing this petition in the Court of Appeal, file the original and four copies of the petition and, if separately bound, one copy of any supporting documents.

- If you are filing this petition in the California Supreme Court, file the original and ten copies of the petition and, if separately bound, two copies of any supporting documents.

- Notify the Clerk of the Court in writing if you change your address after filing your petition.

- In most cases, the law requires service of a copy of the petition on the district attorney, city attorney, or city prosecutor. See Penal Code section 1475 and Government Code section 72193. You may serve the copy by mail.

Approved by the Judicial Council of California for use under rule 8.380 of the California Rules of Court [as amended effective January 1, 2007]. Subsequent amendments to rule 8.380 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

Page 1 of 6

Form Approved for Optional Use
Judicial Council of California
MC-275 [Rev. January 1, 2007]

**PETITION FOR WRIT OF HABEAS CORPUS**

Penal Code, § 1473 et seq.;
Cal. Rules of Court, rule 8.380
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

MC 275

I Trial Court impose An ilegal Enhancement.
w/ False Evid.(s) Alegation(s), w/ False New Charges(s),
w/ Prosecution misconduct.

u.s. l.e.d. digest:

1. Constitutional law 840, Appeal And Error
806, 708, 745,
u.s. Constitution Amend. #5 double Jeopardy,
2. 3 l.e.d. 2d 1991, 98 ALR 411, 33 ALR 2d 1421
∧406

3. #6 Right to Effective Assistance of Counsel,
#14  5 A.g.(s), 3 defs.(s), 2 P.d. (s) Prosecution
misconduct w/ False Evid.(s) = Alegation (s),
w/ False New Charges.

3.4. mooney 55 S.Ct. 340, Pyle 63 S.Ct. 177.

5. Curran 259 F2d 707, whitman 63 S.Ct. 840.
∧(3 CA)

6. white 65 S.Ct. 978, Jones 97 F2d 335, 338 (6CA)

7. Sawyer 229 F2d 805, 809, Mesarosh 77 S.Ct. 1, 9.

8. Alcorta 78 S.Ct. 103, Thompson 221 F2d 763 (3 CA)

9. Almeida 195 F2d 815, 33 ALR 2d 1407

10 montgomery 86 F.Supp. 382, 2 l.e.d.2d 1575

11. 150 N.E. 2d 613, 616, w/J. Schaefer, C.J. Davis's disnt.op.

12 Savvides 136 N.E.2d 853, 854, 855...

13 Hysler 62 S.Ct. 688, Martin (U.S) 1 wheat, 304,
4 l.e.d. 97... Payne 2 l.e.d. 2d 975, 977

14 Cooper 78 S.Ct. 1401, Niemotko 71 S.Ct. 325, 328

VALLEY ADULT SCHOOL
USE BOTH SIDES

Name *Gilberto Casanos Juarez*

MC-275

Address *R.B. 340*

*P.O. Box 705 - C.T.F.N.*

*Soledad, CA 93960*

**FILED**

AUG 2 2 2007   RMW
530   1

CDC or ID Number *J83144*

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*U.S. Courthouse*
*Northern district of Cal.*

(Court)

*Gilberto Casanos Juarez.*

Petitioner

vs.

*Prison Derector*
*eT al*

Respondent

PETITION FOR ~~WRIT OF HABEAS CORPUS~~

No. **C 07   4318**

(To be supplied by the Clerk of the Court)

*Judicial Review*   RM

### INSTRUCTIONS—READ CAREFULLY

- If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.  *Super. Ct # 5286*

- If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.  *28 C.F.R. § 16.9*

*5 U.S.C. § 552 (a)(4)(B)*

- Read the entire form *before* answering any questions.

- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.

- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."

- If you are filing this petition in the Superior Court, you need file only the original unless local rules require additional copies. Many courts require more copies.

- If you are filing this petition in the Court of Appeal, file the original and four copies of the petition and, if separately bound, one copy of any supporting documents.

- If you are filing this petition in the California Supreme Court, file the original and ten copies of the petition and, if separately bound, two copies of any supporting documents.

- Notify the Clerk of the Court in writing if you change your address after filing your petition.

- In most cases, the law requires service of a copy of the petition on the district attorney, city attorney, or city prosecutor. See Penal Code section 1475 and Government Code section 72193. You may serve the copy by mail.

Approved by the Judicial Council of California for use under Rule 60 of the California Rules of Court [as amended effective January 1, 2005]. Subsequent amendments to Rule 60 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

Form Approved by the
Judicial Council of California
MC-275 [Rev. July 1, 2005]

**PETITION FOR WRIT OF HABEAS CORPUS**

Page one of six

Penal Code, § 1473 et seq.;
Cal. Rules of Court, rule 60(a)

American LegalNet, Inc.
www.USCourtForms.com

*( over )*

Respondants:
3. J. WoodFord. et. Al.

1  5 Cal. Atty. Gen. (S)   SF96dA0288
                          12-30-1996
   Geo. Williamson, Rene Chacon
   daniel lungren, Ronald Bass
   laurence Sullivan

2  Santa Clara County, innamed d. A.
   w/ Asst. d. A. Paulides # 2088
   Asst. d. A. lewis 3161
      # 95101899 ——  1-23-1995

3  Prison C.e.o. J. WoodFord: w/
   R. CampBell warden, mulecreek Prison

4  S.C. Cty. P.d: J.R.Villareal #96091
   w/ Y.g. trevino # 98565

1  5 Cal A.g. (S): 455 Golden gate Au. #11000
                        San Francisco, CA 95102

2  3 S.C. Cty d. A. (S): 70 W. Hedding St. 4th Fl.
                        San Jose, CA 95110

3  Prison C.e.o: P.O.B. 942883, Sacto., CA 94283

4  2 S.C. Cty. P.d:    120 mission Street
                        San Jose, CA 95110

5  San Jose CA Police Chief w/ g. Rodriguez



**U.S. Department of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information/Privacy Act Staff*
*600 E Street, N.W., Room 7300*
*Washington, D.C. 20530*
*202-616-6757  Fax 202-616-6478*

Request Number: 07-2276                    Date of Receipt: 02-1-07

Requester: Gilberto Juarez                                              JAN 3 1 2008

Subject: self

Dear Requester:        *FOIPA  APPeal*

In response to your Freedom of Information Act and/or Privacy Act request, the paragraph(s) checked below apply:

1.    [   ]   A search for records located in this office has revealed no records.

2.    [ X ]   A search for records located in the United States Attorney's Office(s) for the <u>Northern District of California</u> has revealed no responsive records.

3.    [   ]   The records which you have requested cannot be located.

4.    [   ]   This office is continuing its work on the other subject/districts mentioned in your request.

5.    [ X ]   This is the final action my office will take on this particular request.

You may appeal my decision in this matter by writing within sixty (60) days from the date of this letter, to:

> Office of Information and Privacy
> United States Department of Justice
> Flag Building, Suite 570
> Washington, D.C. 20530

Both the envelope and the letter of appeal must be clearly marked "Freedom of Information Act/Privacy Act Appeal."

After the appeal has been decided, you may have judicial review by filing a complaint in the United States District Court for the judicial district in which you reside or have your principal place of business; the judicial district in which the requested records, if any, are located; or in the District of Columbia.

Sincerely,

William G. Stewart II
Assistant Director
Freedom of Information & Privacy Staff

Form No. 005 - 11/02

MR. Wg Stewart II   2-15-08
Re: where did False Evid.(s) Come From.....
    Cal. 5 A.g.(s) w/ Santa Clara
County 3 trial d.A.(s), w/ 2 trial P.d.(s).

    Adduce And Presented Juarez'
3 Strikes Prior 1978 Felonys:
were Prosecuted As 5 distinct And
Separate Felony(s). All ✱ w/ Same
Fact, Same Element.

    All Enhancment were Prosecu-
-ted As: 5 distinct And Seperate
Felonys Enhancment: w/ deadly-deathly
Alegation(s) w/ Broken Bones, w/ Firearm-
-use Alegations, ✱ All w/ Same etc.
                 w/ False New charges.

    6th APPelate Court said: Santa
Clara County d.A.(s) could Adduce Juarez'
3 Strikes Felonys howsoever they
want.

    Glory to God! Such Procedure use By
3 trial d.A.(s): is Patantly unconstitutionl..
    Gilberto Juarez



*"FOiA Appeal"* )

U.S. Department of Justice

Executive Office for United States Attorneys
Freedom of Information/Privacy Act Staff
600 E Street, N.W., Room 7300
Washington, D.C. 20530
202-616-6757   Fax 202-616-6478   DEC -7 2007

Request Number: _07-4111_____   Date of Receipt: __November 26, 2007___

Requester: _Gilberto Juarez_____   Subject: _Self (State Records)_____

Dear Requester: *Dear SiRS:                    1-23-2008*
*State or local Agency do NoT Supply*

In response to your Freedom of Information Act and/or Privacy Act request, the
paragraph(s) checked below apply: *Juarez w/ sought After items:*

1.   [ ]   Your request has been forwarded to _____ for a direct response to you. *Juarez' 1978 Felony Conviction were Addudi-*

2.   [ ]   The records responsive to your request have been destroyed pursuant to Department of Justice guidelines. *-cated in State courts; w/ False Charges w/*

3.   [ ]   Your request seeks public records which may be obtained from the clerk of the court. *False Evid.(s) w/ False Alegation(s)*

4.   [√]   Your request pertains to state or local matters, the records for which are maintained by state or local agencies and, therefore, are outside the scope of the Act. You should contact the pertinent state or local agency for a response to your request. *these Charges or Evid.(s) were not located or*

5.   [ ]   The Freedom of Information Act only applies to records already in existence and does not require an agency to conduct research, create new records, or answer questions presented as FOIA requests. *Found By the F.B.i.o Santa Clara County Super. Court*

6.   [ ]   Your request concerns material which is publicly available through the Government Printing Office. You can obtain/purchase a copy of the requested material by writing to the Superintendent of Documents, U.S. Government Printing Office, Washington, D.C. 20402. *w/ local D.A. do not comply w/ Juarez'*

7.   [ ]   Please note that your original letter was split into separate files ("requests"), for processing purposes, depending on the nature of what you sought. Each file was given a separate Request Number (listed below), for which you will receive a separate response:

*Request For Discovery: Court said No. #72863 #Super. Ct.*

This is our final action on this above-numbered Request. You may appeal my decision on this request by writing to the **Office of Information and Privacy, Department of Justice, 1425 New York Avenue, Suite, 11050, Washington, D.C. 20530-0001,** within 60 days from the date of this letter. Both the letter and envelope should be marked "FOIA Appeal." If you are dissatisfied with the results of any such administrative, appeal, judicial review may thereafter be available in U.S. District Court. 28 C.F.R. §16.9.

*/S/ Gilberto Juarez*

*(over)*

Sincerely,

*William G. Stewart*

William G. Stewart II
Acting Assistant Director

Form No. 005A - 2/06

(1) There was no Presumption of correctness = 2
w/ # 72.863 - 1978 Prior 3 Strike Felonys.
See Star Page #39 1 - 2: Pen. cd. 1473 (a)(b)(1)(2)(c.
- (d).

(2) Criminal law 561 (1), 568, 1171, 1171.1, Jury 34(
Sentense - N - Punishment 201, 322, 329, 8

(3) Mullaney 421 U.S. 684 (75)
Slandstrom 99 S.Ct. 2450 (79)

Patterson 97 S.Ct. 2319 (77)
Jones 119 S.Ct. 1215 (99)

Winship 90 S.Ct. 1068 (70) 364, 361 - 62
Gaudin at 510 - 11, 115 ^ 2310 (95)
                        ^ U.S. Ct.
Sullivan at 275, 278, 113 S.Ct. 2078 (93)

(4) 2 W. Story, Commentarys on the constitution
of the United States 540 - 541 (4th ed. 1873)

4 W. Blackstone Commentarys on laws of of
England 343 (1769)

4 Blackstone 238 - 239, 369 - 370

C. McCormick Evid (5) § 321, PP 681 - 82 (1954)

9 J. Wigmore Evid (5) § 2497 (3d ed. (1940)

9 U. Chi L. Rev. 715 (1942)

(5) Duncan at 145, 151 - 54, 88 S.Ct. 1444

(6) Criminal Law 641.1 At Coffey 67 Cal 2d 204 -
                                    - 60 C.R. at 452.
(7) Gideon 83 S.Ct. 792 (1963)

(8) Gaudin 515 U.S. 506, 509 - 511

1 - 23 - 08

3

SiRs: F.O. i/P.A.S.

items Needed oR where they come
From: where did the Followg Charges
Came From.
e.g. (1) Assault w/ intent to
Commit mayhem.

(2) Two Attempted mayhem: one
w/ Firearm - use.

(3) FlagPole deadly WeaPon - use: Count
1 - 2 - 3, w/ Broken Bones.

(4) Firearm - use in Count 1 - 2 - 3.

(5) Two Assault w/ intent to commit
Rape: one w/ mayhem.

Super. Court # 72,863,    1 - 23 - 1995

d.A. 950101899 - Cen 9502423

R.T. 317, A.C.T. 1 - 14, A.D.B. 5 - 6

Five Cal. A.g. (5) R.B. 1 - 23 - 27 to
last Page...
S.F. 96 d.A. 0288,    12 - 30 - 1996

/s/ Gilberto Juarez    (oveR)

11

Habeas - AO 241 - (Rev 5/85)    4

1    I: Conviction obtained: w/ double Jeopardy

2

3    Fact: Multiple Convictions - Punishments

4    For the Same Act. All 3 or 4, w/ same

5    Fact Same Element: Ct.

6

7    USCA Const. Amend. 5, 6, 14, 25 L.ed. 2d 968

8    18 L.Ed. 2d 1388, 23 L.ed. 2d 985, 21 L.ed. 2d

9    2020, 44 ALR 564, 172 ALR 1053, ALR

10    digests Criminal Law 98.5

11

12    U.S. L.ed. digest Criminal Law 37, 36, 22

13    29, 31,

14    BlockBurger 284 U.S. 299, 304.

15    1 J Bishop, New Criminal Law 1051 (8th ed (1892

16    Wilson 420 U.S. 332, 339-340 (75)

17    Pearce 395 U.S. 711, 717 (69)

18    Gore 357 U.S. 386 (58), Bell 349 US 81 (1955) v

19    ex Parte lange 21 L.ed. 872 (1874)

20    Jorn 400 U.S. 470, 479 (71)

21    Ashe 397 U.S. 436, Martin 430 U.S. 564 (77) v

22    Green 355 U.S. 184, 187-188, 61 ALR2d 1119

23    iannelli 420 U.S. 770, 785 N17 (75)

24    Jenkins 420 U.S. 358 (75), Ball 163 U.S.

25    662 (1896), Jeffers P137, 97 S.Ct. 2207

26    in Re Nielsen 131 US 176, 187-188 (1889)

27    Gaviere s 220 U.S. 338. (1911)

MUNICIPAL COURT OF CALIFORNIA
SANTA CLARA COUNTY JUDICIAL DISTRICT
SAN JOSE FACILITY

THE PEOPLE OF THE STATE OF CALIFORNIA,

Plaintiff,

vs.

GILBERTO JUAREZ (07/14/43),
   aka GILBERTO CASARES JUAREZ,
TRANSIENT

Defendant(s).

FELONY COMPLAINT

DA COURT NO:
   DA NO      CEN
950101899 9502423    GJ C

The undersigned is informed and believes that:

*S.C. 3 d. A. 151 Said: true* (handwritten)

COUNT 1

On or about January 19, 1995, in the above named Judicial District, the crime of TRANSPORT/SELL/OFFER TO SELL A CONTROLLED SUBSTANCE, in violation of HEALTH AND SAFETY CODE SECTION 11352(A), a Felony, was committed by GILBERTO JUAREZ, who did sell and offer to sell a controlled substance, to wit: COCAINE.

*And Correct Copy.* (handwritten)

* * * *

ALLEGATION OF PRIOR CONVICTION

(STRK) It is further alleged that prior to the commission of (each of) the offense(s) charged herein, the said defendant, GILBERTO JUAREZ, was, in the Superior Court of the State of California, in and for the County of SANTA CLARA (#72863), convicted of a serious felony and/or a violent felony, to-wit: ASSAULT WITH INFLICTION OF GREAT BODILY INJURY ..., within the meaning of Sections 667(b) through 667(i), inclusive, of the Penal Code

*1-23-95* (handwritten)

*W/ NO untrue Evid.(s) — Alegations —
— New Charges. (OveR)* (handwritten)

*2A0* (handwritten)

ALLEGATION OF PRIOR CONVICTION

(STRK)  It is further alleged that prior to the commission of (each of) the offense(s) charged herein, the said defendant, GILBERTO JUAREZ, was, in the Superior Court of the State of California, in and for the County of SANTA CLARA (#72863), convicted of a serious felony and/or a violent felony, to wit: ASSAULT WITH INFLICTION OF GREAT BODILY INJURY . .., within the meaning of Section 1170.12 of the Penal Code.

Further, attached hereto and incorporated herein are official reports and documents of a law enforcement agency which the undersigned believes establish probable cause for the pretrial restraint of defendant GILBERTO JUAREZ, for the above-listed crimes.

Complainant therefore prays that the said defendant(s) may be dealt with according to law.

I certify under penalty of perjury that the foregoing is true and correct. Executed on January 23, 1995, in SANTA CLARA County, California.

(1) Complainant said: this is True And correct
1-23-1995.
✳ Presented 6th Appellate Court: A distorted Res-
~~See~~ See Star Pg. # ⑱ — Pendant Brief

PAULIDES 2088
(LEWIS 3161)
SJPD (408)277-5271  95 019 1429 C
LOUIE/D210/FEL/log

(2) 5 C. 3 d A. (5) Reprosecuted 1 9 (7 8) Priors
Felonys As 4 OR 5 distinct And
Seferate Felonys. NOV. (95) (circa)
See Star Pg. # ⑳ 39
(3) W/ 5 A. g. (5) ✳

1 <u>#5</u> : Not Sent To A.G. Habeas-Motions
2 File in State Courts.
3 Habeas      #72863         1-25-06
4 discovery   #72863-179351    2-10-06
5    "        #72863        3-08-06
6 Habeas      #HC05116      9-16-05
7    "        #72863        10-07-05
8    "        #72863 Cal.S.Ct    4-21-05
9 double Jeopardy #S130155    12-23-04
10 ex parte      #72863         2-20-04

11 Habeas      #179351       4-16-04
12    "       #S119691 Cal S.Ct.    7-14-04
13 motion transcripts #72863    4-01-04
14 Civil Compliant #03HC0457    6-02-03
15 Habeas     #S110172   S.Ct.Cal.   7-09-03
16 ex parte      #72863        12-12-03
17 Habeas      #179351       3-20-01
18    "       #S163187   Cal.S.Ct.   7-24-02
19    "       #H023379 6th Appellate Ct   10-30-01
20    "       #H023206    "      10-23-01
21 double Jeopardy #C99-20121    2-18-99
22 Habeas #H019539 6th Appellate Ct.   1-22-99
23 Pet. FOR Review #S077044 Cal. S.Ct.   4-14-99
24 Juarez' Appeal Notice #72863    2-25-98
25 Habeas: False Evid.(s) #179351    3-18-98

26  HaBeas # H018622    6th AppelateCt.   6-24-98
27  "       # H019 306         11-23-98
28  CoranNoBis # 72863-179351
29  transcripts motion # 179351                    11-23-97
30  douBle Jeopardy     # 179351                   5-10-96
31  HaBeas Civil # C95-20406                       8-4-95
32  "          # 72863                             7-25-95
33  "        # dA950101899                         5-12-95
                                                   4-30-95
34  HaBeas Corpus Filed BeFore: AedPA √
    28 U.S.C.A. § 2254 (d×2) West (94) + Supp. (98)
    Pre: A.E d P A: Fed. H.C. Prac.-N-Proc. 29.3

35  Juarez' First Adduce False Evid.(s)-Ale-
    -gations- New Charges: when First Notice
    in 1997; in Amador Cty. Super. Ct.

36  97 HC 0433                   9-30-1997
    98 HC 0522                   3-18-1998

37  underlined dates Petitions were NOT Supply
    to A.g. office By Super. Ct. SanJose CA.

38  e.g. Pretrial HaBeas, double Jeopardy
    Petitions; 3 trial d.A.(s) w/ 5 A.g. (s)
    misconduct Petitions; discovery Pet. (s)
    w/Use of 1978 Prior Non Violant Felonys.
    w/ False Evid.(s)-Alegation (s), New Charges.

Police Chief (1978 *current* mexican) *w/* San Jose, Ca

Aug. 16 – 1995 YOUR J. Rodriguez'
Presented Gilberto Juarez' 3 Strike trial.

i.e. A Perjurer Police testimony w/
False Evid.(S) – Alegations, w/ False New
Charges. A.O.B. 5-6 See F.B.i. Enclosures
Nothing of what J. Rod. said: is
Supported or Sustain By Juarez' Record
or Evid.(S) of 1978 conviction.

Juarez' Appelate Atty. A.O.B. 5 – 6
See STAR Pg#39, Juarez' R.B. 1 – last Pg.
5 Atty. Gen.(S) R.B. 1 – 23 – 27 – last Pg.
S.F. 96 d.A. 0288 —  12.30.1996
i.e. 3 Santa Clara Trial d.A.(S)
Supply: J. Rod., w/ 2 trial P.d. (S)
w/ 5 A.g.(S); w/ Fraudulant court
documents w/ untrue Werdings.
5 A.g.(S) Presented to the State Courts:
A Fraudulant Respondent Brief; w/ False
Evid.(S) Evid.(S) – Alegation(S), w/ False
New Charges. S/ Gilberto Juarez
2 – 15 – 2008

1  Ilegal Enhancment; w/ NO EFFective
2  Assistance of Counsel; w/ SE. 3 d.A.(5)
3  w/ 5 A.J.(5) Umbroler conduct. see
4  Star Pg. 1 - 2 #39
5

6  U S C A Const Amend 5, 6, 14
7  Jury 34(1), 1171(1), 561(1), 568,
8  Sentense-N-Punishment 201, 322,..
9  Napue 3 led. 2d 1217,   Napue vs. illinos
        on False Evid(5) By oFFiceR of the court.
10  APPrendi 530 U.S. 466, 490
11  Ring 536 U.S. 584, 602, 609
12  Blakely 542 U.S. 296, 804-05
13  Booker V. 543 U.S. 220, 243-244
14  Cunningham v. Calif. # Sct. 05-6551- 1.27 .2007 (91)
15  Brown 951 F2d 1011, 1014-15, 1017 (9 CA)
16  Berger 295 U.S. 78, 88 (1935)..
17  darden 477 U.S. 168, 181 ('86) ( quotg.
18  donnelly 416 U.S. 637, 643 ('74))
19  Young 470 U.S. 1, 11-12 (85)
20  Nelson-Rod. 319 F3d 12, 30 (1 CA(03)..
21  miranda 322 F3d 171, 180 (2CA(03),
22  (quotg. donnelly At 647-48))...
23  marshall 307 F3d 36, 64 (3 CA(02),
24  (quotg. Smith 455 U.S. 209, 219 (82))..
25  mason 320 F3d 604, 635 (6 CA(03),
   (quotg. Simpson 238 F3d 399, 409 (6CA(00))

StaR Page I                1978

1  3 strikes Adduce By 5 A.g.(5): Prior Felony
2  Felonys. Super. Ct. # 72863
3              S. anta Colara Cty.           = Rafe
4  (1) Assault w/intent To commit mayhem=
5  (2) Assault w/ deadly Weapon
6  (3) Attempted mayhem      5 A.g. R.B. 23-27
7     5 A.g.(5) explicity said: which earned him
8  (Juarez) his 3 strikes Prior Conviction(s)
9  A.C.T. 21-23                          = Rafe
10    Jury's Finding: (1) Assault w/intent to commit
11 (2) Attempted mayhem; (3) Personal use of
12  deadly Weapon; w/ g.B.i. in Ct. 1-2-3...
13      S.F.(96) d. A. 0288 — 12.30.(96)
14  5 A.g.(5) Also Adduce: (1) massive g.B.i; (2) Trying
15 to gouge An eye; (3) Beating the victum half
16 to death..

17              (she)
18  Juarez' Appeal Atty in Reply Brief
19 Adduce massive g.B.i: w/ Broken Bones She
20 had no (78) Trial transcripts; To see S.C. 3 d. A.(5)
21 improper Conduct w/ False Evid.(5) - Alegation(s)
22 ; w/ False New Charges w/ No court Arraignment.
23                   /
24     4th district court of Appeal: the Honorable
25 P.J. Work said: (78) Felonys Prosecution was
26 Based on Same injury, Same Weapon in Cto
27 1-2-3. Results: Sentense Vacated. imer. (82)
                                        (circa)

STAR Page II

S.C. 3 d.A.(5) Adduce of (1978) Prior Felonys
At 3 Strike Trial.    Nov.(95)(Circa)


e.g. (1) Assault w/ intent To Commit Rape
(2) Assault w/ deadly Weapon; W/ g.B.i.
(3) Attempted mayhem; w/ Firearm-use.

                              = Rape
Booking: (1) Assault w/ intent To Commit =
(2) Assault w/ deadly Weapon; w/ g.B.i..
(3) Firearm-use enhancements: Ct. 1-2-3


Super. Court 72863, d.A. #950101899,
Cen. 9502423 — 1.23.(95), R.T. 317,
A.C.T. 1-14, A.O.B. 5-6..


Juarez' Record of Conviction or Evid.(5).
(78) Trial Transcripts; Police or medical
Forensic Reports or Any other genuine
legal documents; do NOT Support or
Sustain.

    S.C. 3 d.A.(5) or 5 A. g.(5) Adduce of
Juarez Prior (78) Felonys Convictions,
w/ new incorrect charges..

Cal.n. Cd. 667(A)(1), 667.5(C) (78/95) ed.,
1473 (1)(2)(A)-(d)... Constitutional law 840,
Nalue At 269, 3 L.ed. 2d 1217
    c Criminal law 295 ...

*1978 Prior Felonys*

## VIII.

## THE JUDGMENT MUST BE MODIFIED TO STAY THE CONCURRENT 25 YEARS TO LIFE TERM IMPOSED ON COUNT TWO

*1978 w/ multiply Prosecution*

At sentencing the trial court imposed a concurrent 25 years to

life term on count two, as follows:

*All w/ Same Fact w/ Same*

"[THE COURT:]  As to Count 2, the Court will, because

the Court finds this did arise out of the same operative facts

and at the same time, impose a 25 year to life, that is

indeterminate life sentence with a minimum of 25 years on

Count 2, but will run that concurrent with Count 1." (11/03/95

RT 8-9.) *element in ct. 1-2-3. w/ False* ✱

The trial court erred by failing to order stayed the term on

count two pursuant to Penal Code section 654.  (*People* v. *Pena* (1992)

7 Cal.App.4th 1294, 1311.)  This Court should order the court clerk to

modify the Abstract of Judgment to reflect the term on count two stayed.

*✱ Evid(s)- Alegation(s), New Charges*

*i.e.*

*court said: same Fact*

*same Element was*

*used in Count 2.*

*w/ False Evid. 151- Alegation(s)*

*w/ False New*

*Charges.*

*35*

33

## CONCLUSION

Accordingly, respondent respectfully asks that the Court order to court clerk to modify the Abstract of Judgment to reflect a stayed term for count two, and otherwise affirm the judgment.

Dated: December 30, 1996.

*6th Appelate Court said: Santa Clara Cty. 3 Trial d.A.(s): Can Adduce Juarez' Prior however they want. Glory to God! this Procedure Violates Federal due Process. i.e. w/ False Evid.(s) — Alegation (s)*

Respectfully submitted,

DANIEL E. LUNGREN
Attorney General

GEORGE H. WILLIAMSON
Chief Assistant Attorney General

RONALD A. BASS
Senior Assistant Attorney General

LAURENCE K. SULLIVAN
Supervising Deputy Attorney General

RENÉ A. CHACÓN
Deputy Attorney General

Attorneys for Respondent

SF96DA0288

*5 A.g.(s) Adduce R.B. w/ False Evid.(s) — Alegation (s): 1978 Felonys were Adduce By 5 A.g.(s); As 5 distinct And Seperately Felonys; w/ 5 distinct And Seperate Enhancments. 5 A.g.(s) Adduce (78) Felonys w/ deathly g.B.i. w/ Broken Bones, Bitten nearly to death. Gilberto Juarez*

34

Proof of mailg.

Copys were mail Too
U.S. Atty Washgtn d.c.
Jerry Brown Cal A.g.
San Jose Police Chief
m. hill Atty. at Law
Santa Clara Cty Super. Court
Santa Clara Cty d.A.


/S/ Gilberto Juarez
    2 — 10 — 2008

Gilberto Juarez
J83144 — EW337
POBx 689
Soledad, Ca 93960

legalmail

U.S. Courthouse
280 So. First St. #21
San Jose, Ca 95113

UNITED STATES POSTAL
02 1M
0004229613
MAILED FROM