*E-FILED - 4/21/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

07-4318

| | |
|---|---|
| GILBERTO CASARES JUAREZ, | No. C 07-4317 RMW (PR) |
| Petitioner, | ORDER OF DISMISSAL; DENYING MOTION TO PROCEED IN FORMA PAUPERIS; DENYING MOTION FOR ARGUMENT |
| vs. | |
| PRISON DIRECTOR, | |
| Respondent. | (Docket Nos. 6, 7) |

Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. However, the instant petition challenges petitioner's request for information pursuant to the Freedom of Information Act ("FOIA"). See 5 U.S.C. § 552(a). Therefore, the instant petition is DISMISSED without prejudice because petitioner's claims are not cognizable under § 2254.

## DISCUSSION

A district court may entertain a petition for writ of habeas corpus "in behalf of a person in custody pursuant to the judgment of a state court only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2254(a); Rose v. Hodges, 423 U.S. 19, 21 (1975). A district court shall "award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it

Order of Dismissal
P:\pro-se\sj.rmw\hc.07\Juarez317disrem           1

1  appears from the application that the applicant or person detained is not entitled thereto." 28
2  U.S.C. § 2243.  Summary dismissal is appropriate only where the allegations in the petition are
3  vague or conclusory, palpably incredible, or patently frivolous or false.  See Hendricks v.
4  Vasquez, 908 F.2d 490, 491 (9th Cir. 1990) (quoting Blackledge v. Allison, 431 U.S. 63, 75-76
5  (1977)).

6       The court will dismiss the instant habeas action without prejudice because petitioner's
7  claims do not challenge the duration or legality of his confinement or sentence under § 2254.
8  Instead, petitioner challenges his request for information pursuant to the Freedom of Information
9  Act.  Petitioner's claims are more appropriately addressed in a civil complaint pursuant to 5
10 U.S.C. § 552(a).

**CONCLUSION**

12      The instant petition for a writ of habeas corpus is DISMISSED without prejudice.
13 Petitioner may re-file his claims in a new action in a civil complaint pursuant to 5 U.S.C. §
14 552(a) on the enclosed form.  Based on the dismissal, petitioner's motion to proceed in forma
15 pauperis (docket no. 6) and motion for argument (docket no. 7) are DENIED without prejudice.
16 The clerk shall terminate all pending motions and close the file.

17      IT IS SO ORDERED.
18 DATED: __4/21/08__       *Ronald M. Whyte*
                                  RONALD M. WHYTE
19                                   United States District Judge