***E-FILED - 4/21/08***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GILBERTO CASARES JUAREZ, | ) | No. C ~~07-4317~~ 07-4318 RMW (PR) |
| Petitioner, | ) | JUDGMENT |
| vs. | ) | |
| PRISON DIRECTOR, | ) | |
| Respondent. | ) | |

    The court has dismissed the instant habeas action without prejudice because petitioner's claims do not challenge the duration or legality of his confinement or sentence under § 2254. A judgment of dismissal without prejudice is entered. The clerk shall close the file.

    IT IS SO ORDERED.

DATED:  4/21/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\pro-se\sj.rmw\hc.07\Juarez317jud

1