1
2
3                                        *E-FILED - 8/3/11*
4
5
6
7
8
9            IN THE UNITED STATES DISTRICT COURT
10           FOR THE NORTHERN DISTRICT OF CALIFORNIA
11   GILBERTO JUAREZ,                    )      No. C 11-3319 RMW (PR)
                                         )
12            Plaintiff,                 )      INSTRUCTIONS TO CLERK
                                         )
13      v.                               )
                                         )
14   PRISON CEO,                         )
                                         )
15            Defendant.                 )
                                         )
16   ───────────────────────────────────)

17        Plaintiff, in custody at Mule Creek State Prison, and proceeding pro se, filed a civil rights

18   complaint pursuant to 42 U.S.C. § 1983.  On June 29, 2011, the court received a copy of a

19   completed civil rights complaint form.  Although the complaint is difficult to comprehend, the

20   crux of plaintiff's underlying complaint results from confusion based on previously filed

21   pleadings.

22        On August 22, 2007, plaintiff filed a petition for writ of habeas corpus in this court.  It

23   was opened as a new action and assigned the case number C 07-4318 RMW.  The petition was

24   confusing and convoluted, but, liberally construed, it appeared that although plaintiff discussed

25   his underlying criminal trial and its alleged errors, he was attempting to discover information

26   through the Freedom of Information Act ("FOIA"), without success.  On April 21, 2008, the

27   court dismissed the habeas action because plaintiff was not challenging the fact or duration of his

28   confinement, and directed plaintiff instead to file a civil complaint under FOIA, 5 U.S.C. § 552.

Order of Dismissal; Instructions to Clerk
P:\PRO-SE\SJ.Rmw\CR.11\Juarez319dis.wpd

1    Almost seven months later, on November 13, 2008, plaintiff attempted to file a civil complaint

2    under FOIA, however, instead of initiating a new action, plaintiff used the closed case number C

3    07-4318 RMW on his complaint.  As a result, the clerk received plaintiff's complaint and filed it

4    with the closed file, C 07-4318 RMW.  Over the course of the next year and a half, plaintiff

5    submitted additional documents and requests to the court, inquiring as to the status of his

6    complaint.  Each time, the clerk of the court sent him a copy of the docket sheet in C 07-4318

7    RMW in response to his requests, from July 23, 2010 through July 11, 2011.

8         In the instant action -- notwithstanding that the pleading is submitted on a civil rights

9    complaint form -- plaintiff's complaint does not appear to be a complaint at all, much less a civil

10   rights complaint.  Rather, he appears to be inquiring into the status of his complaint that was

11   received by the court on November 13, 2008, and filed within C 07-4318 RMW.  Accordingly,

12   the underlying complaint should not have been opened as a new action or assigned a new case

13   number.  The clerk is directed to close this case, C 11-3319 RMW (PR), and to file a copy of

14   plaintiff's complaint and this order in plaintiff's closed file, C 07-4318 RMW (PR).

15        If plaintiff's intent is to commence a federal action challenging the fact or duration of his

16   state conviction and sentence, he may initiate a new case by filing a federal habeas petition

17   pursuant to 28 U.S.C. § 2254.  If plaintiff's intent is to commence a federal action challenging

18   the denial of his FOIA requests, he may initiate a new case by filing a civil complaint pursuant to

19   5 U.S.C. § 552.

20        IT IS SO ORDERED.

21   DATED: _8/2/11_____

                                         RONALD M. WHYTE
22                                       United States District Judge

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


GILBERTO JUAREZ,

          Plaintiff,

v.

PRISON C.E.O., ET AL. et al,

          Defendant.

Case Number: CV11-03319 RMW

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 3, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Gilberto Juarez J-83144
CTF Prison
Mule Creek State Prison
Post Office Box 689 - EW 136
Soledad, CA 93960

Dated: August 3, 2011

                    Richard W. Wieking, Clerk
                    By: Jackie Lynn Garcia, Deputy Clerk